* E-filed 5/31/07 *

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAWN JORGENSEN,<br><br>      Plaintiff,<br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>      Defendant.<br>_____/ | No. C05-01879 HRL<br><br>**ORDER SETTING BRIEFING SCHEDULE**<br><br>Re: [20] Petition for Attorney Fees and Expenses Under the EAJA filed by Marc V. Kalagian; Memorandum and Declaration in Support |

    Defendant's opposition papers shall be filed and served by Friday, June 22, 2007.

Plaintiff's reply shall be filed and served by Friday, July 6, 2007.

    IT IS SO ORDERED.

Dated:  5/31/07

                                    HOWARD R. LLOYD

                                    UNITED STATES MAGISTRATE JUDGE

Notice will be sent to:

Shea Lita Bond shea.bond@ssa.gov

Marc V. Kalagian marckalagian_rohlfinglaw@hotmail.com, MKalagian@aol.com; bg_rohlfinglaw@hotmail.com

Angelina Valle angelina@valle-law.com, ralph@valle-law.com

Sara Winslow sara.winslow@usdoj.gov, kathy.terry@usdoj.gov; claire.muller@usdoj.gov

*Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.*

Date: 5/31/07     /s/   KRO
                  Chambers of Judge Howard R. Lloyd

2