*E-filed 9/4/07*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAWN JORGENSEN,<br><br>　　　　Plaintiff,<br>　v.<br><br>JOANNE BARNHART, Commissioner of<br>Social Security Administration,<br><br>　　　　Defendant. | No. C05-01879 HRL<br><br>**ORDER ON DEFENDANT'S LEAVE TO FILE SUR-REPLY BRIEF AND PLAINTIFF'S MOTION TO STRIKE**<br><br>Re: Docket Nos. 24, 25, 27 |

Plaintiff Dawn Jorgenson previously sought judicial review of a decision of the Commissioner of Social Security. This court remanded that matter for further administrative proceedings. [Docket No. 18]. Jorgenson then petitioned the court for an award of attorney fees and costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412.

In briefing the attorney fees issue, Defendant filed a Sur-reply brief without first seeking leave of the court as required by Civil Local Rule 7-3.[1] Plaintiff moved to strike the brief. Thereafter, Plaintiff filed a Notice of Additional Authority [Docket No. 29] and an untimely declaration of counsel pertaining to attorney's fees [Docket No. 28].

---

[1] Civil L-R 7-3 (d) notes with respect to filing supplementary materials, "Before the noticed hearing date, counsel may bring to the Court's attention a relevant judicial opinion published after the date the opposition or reply was filed [...]. Otherwise, once a reply is filed, no additional memoranda, papers or letters may be filed without prior Court approval."

1   Because the court finds good cause to consider all matters presented to the court thus
2 far, Defendant's Motion for Leave to file a Sur-Reply Brief is GRANTED and Plaintiff's
3 corresponding Motion to Strike is DENIED.
4   The petition for attorney's fees is HEREBY SUBMITTED.  Accordingly, briefing is
5 closed on this matter.

**IT IS SO ORDERED.**



Dated:  9/4/07

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

Notice will be sent to:

Shea Lita Bond shea.bond@ssa.gov

Marc V. Kalagian marckalagian_rohlfinglaw@hotmail.com, bg_rohlfinglaw@hotmail.com, MKalagian@aol.com

Angelina Valle angelina@valle-law.com, ralph@valle-law.com

Sara Winslow sara.winslow@usdoj.gov, kathy.terry@usdoj.gov

*Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.*

Date: 9/4/07                     /s/   KRO
                                 Chambers of Judge Howard R. Lloyd

3